UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| NEMON OMAR WINTON, | ) |
| *Plaintiff*, | ) Case No. 1:23-cv-135 |
| v. | ) Judge Atchley |
| WARDEN JAMES HOLLOWAY, | ) Magistrate Judge Dumitru |
| *Defendant*. | ) |

## JUDGMENT ORDER

In accordance with the memorandum opinion entered herewith, this prisoner's pro se petition for writ of habeas corpus under 28 U.S.C. § 2254 is **DENIED**, and this action is **DISMISSED**. A certificate of appealability from this decision **SHALL NOT ISSUE**.

Further, as the Court **CERTIFIED** in its memorandum opinion that any appeal from this action would not be taken in good faith and would be totally frivolous, Petitioner is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. *See* Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT:**
*/s/ LeAnna R. Wilson*
**LEANNA R. WILSON**
**CLERK OF COURT**